◈AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED**
APR 3 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

DARRELL WAYNE DAVIS

**WARRANT FOR ARREST**

Case Number: 3:04-0070-08-RRB

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Darrell Wayne Davis__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation         ☒ Supervised Release    ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

charging him or her with   (brief description of offense)

USMS-D/ALASKA-WARRANTS
FID# 1455766
WARRANT # 0806-0229-0330-D
Entered NCIC 02/29/2008  W823921464
Entered APSIN _____
Removed NCIC 04/29/2008
Removed APSIN _____

in violation of Title _____ United States Code, Section(s) _____

__Ralph R. Beistline__                          Redacted Signature
Name of Issuing Officer                          2/29/08     Signature of Issuing Officer

U.S. District Court Judge                        Anchorage
Title of Issuing Officer                         Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

ARRESTED BY APTF AT U.S. PROBATION

| DATE RECEIVED 02/29/08 | NAME AND TITLE OF ARRESTING OFFICER DAVID LONG SDUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 4/29/08 | | |