MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DARRELL DAVIS__   CASE NO. __3:04-CR-00070-08-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SAMANTHA LARK_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____MICHAEL DIENI - FRIEND OF COURT__

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 570) HELD APRIL 30, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:14 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant stated true name: _same as above._

_X_ Financial Affidavit **FILED**. Federal Public Defender to appoint CJA counsel; FPD notified.

_X_ Defendant detained. Order of Detention Pending Trial **FILED.**

_X_ OTHER: _Court and counsel heard re defendant waiting to speak with counsel to enter a plea. Entry of Plea re Petition to Revoke Supervised Release (DKT 570) set_ **May 5, 2008 at 9:30 a.m.** _Court and counsel heard re Lance C. Wells to be appointed as CJA counsel._

At 3:22 p.m. court adjourned.


DATE: _April 30, 2008_   DEPUTY CLERK'S INITIALS: _sal_

Revised 6-18-07