MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DARRELL DAVIS__    CASE NO. _3:04-CR-00070-08-RRB_
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            LANCE WELLS

U.S.P.O.:                        CHRIS LIEDIKE

PROCEEDINGS: ENTRY OF PLEA TO REVOKE SUPERVISED RELEASE (DKT 570)
             HELD MAY 05, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

_X_ Defendant sworn.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: read.

_X_ Defendant stated true name:     Same as above

_X_ Defendant advised of general rights.

_X_ Defendant **ADMITTED** allegations 1-6 of the Petition to Revoke Supervised Release (DKT 570).

_X_ Matter to be referred to U.S. District Judge for Final Disposition Hearing.

_X_ Defendants detention continued.

_X_ OTHER: Court and counsel heard re parties request to schedule Final Disposition Hearing in June 2008.

At 9:48 a.m. court adjourned.


DATE:        MAY 05, 2008         DEPUTY CLERK'S INITIALS:   AXG


Revised 6-18-07