```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  DARRELL DAVIS           CASE NO.  3:04-CR-00070-08-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:             SAMANTHA LARK

UNITED STATES' ATTORNEY:           STEPHAN COLLINS

DEFENDANT'S ATTORNEY:              JOSH FINK FOR LANCE WELLS

U.S.P.O.:                          CHRIS LIEDIKE

PROCEEDINGS: STATUS CONFERENCE (FINAL DISPOSITION HEARING ON
         PETITION TO REVOKE SUPERVISED RELEASE (DKT 570) HELD
         JUNE 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:33 p.m. court convened.

Court and counsel heard re defendant's Oral Motion to Continue Final Disposition Hearing on Petition to Revoke Supervised Release (DKT 570); **GRANTED.**

Final Disposition hearing on Petition to Revoke Supervised Release (DKT 570) set for **July 2, 2008 at 11:30 a.m.**

Defendant's detention continued.

At 1:38 p.m. court adjourned.

DATE:   June 23, 2008           DEPUTY CLERK'S INITIALS:  sal

Revised 6-18-07