MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DARRELL DAVIS__ CASE NO. __3:04-CR-00070-08-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____LANCE WELLS_____

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE (DKT 570) HELD 07/02/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:41 a.m. court convened.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant **Previously ADMITTED** allegations _1, 2, 3, 4, 5 & 6 of the Petition to Revoke Supervised Release (DKT 570)._

_X_ Supervised Release revoked.

_X_ Defendant imprisoned for a period of _8 Months._

_X_ Defendant to serve term of supervised release for a period of _40 Months_ under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Defendant remanded to the custody of the U.S. Marshal.

At 11:47 a.m. court adjourned.


DATE: _____July 2, 2008_____ DEPUTY CLERK'S INITIALS: _____CME_____

Revised 6-18-07