UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | AMENDED JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| DARRELL DAVIS | (Original Judgment filed 09/16/2005) |
| | Case Number: 3:04-CR-00070-08-RRB |
| | Lance Wells |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on March 3, 2008 accusing defendant of 6 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1-6 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Urinalysis testing | 02/26/2008 | C |
| 2 | Special | Failure to Attend | 02/28/2008 | C |
| 3 | Standard | Change of Employment | 02/15/2008 | C |
| 4 | Standard | Change in Residence | 02/28/2008 | C |
| 5 | Mandatory | Positive for Cocaine | 01/25/2008 | C |
| 6 | Mandatory | Positive for Cocaine | 10/17/2007 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JULY 2, 2008
Date of Disposition Hearing

SIGNATURE REDACTED
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

July 3, 2008
Date

RECEIVED JUL 03 2008 ANCHORAGE, ALASKA

AO245.REV

Defendant: DARRELL DAVIS  
Case No.: 3:04-CR-00070-08-RRB

Amended Judgment--Page 2 of 3

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 Months.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
            a.m.
    [_] at _____ p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

By _____  
    Deputy Marshal

AO245.REV

Defendant: DARRELL DAVIS  
Case No.: 3:04-CR-00070-08-RRB  
Amended Judgment--Page 3 of 3

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

1. The defendant is not to consume and/or possess any alcohol.

2. Upon release from imprisonment, the defendant shall reside in a Community Correctional Center for a term of up to 180 consecutive days. The defendant shall comply with the rules and regulations of the center and may have available work release and treatment privileges from the center. Once the defendant has secured viable employment, a suitable residence, and financial stability at the discretion of the probation officer, the U.S. Probation Officer has leave to effect the defendant's release from the Community Correctional Center.

3. The defendant is to abide by all other conditions listed in the original Judgment dated September 15, 2005.

The term of supervision is extended as follows:

FOR A TERM OF 40 MONTHS.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV